■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY RODRIGUEZ, Appellant. [775 NYS2d 148]—Judgment, Supreme Court, New York County (Laura Visitacion-Lewis, J.), rendered April 10, 2002, convicting defendant, after a jury trial, of robbery in the second degree, and sentencing him to a term of 3¹/₂ years, unanimously affirmed.

The verdict was not against the weight of the evidence. There is no basis for disturbing the jury's determinations concerning identification and credibility (*see People v Bleakley*, 69 NY2d 490 [1987]). The victim's reliable identification of defendant was corroborated by extensive circumstantial evidence, as well as defendant's voluntary confession. Concur—Nardelli, J.P., Saxe, Sullivan and Gonzalez, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL CINTRON, Appellant. [775 NYS2d 517]—

Judgment, Supreme Court, Bronx County (Margaret Clancy, J.), rendered September 26, 2001, convicting defendant, after a jury trial, of robbery in the first and third degrees and petit larceny, and sentencing him, as a second felony offender, to concurrent terms of 10 years, 3¹/₂ to 7 years and 1 year, respectively, unanimously affirmed.

The court properly denied defendant's motion to suppress identification testimony. The record supports the court's finding that defendant was not deprived of his right to counsel at the investigatory, non-court-ordered lineups, since the police provided defendant's attorney with reasonable notice of, and opportunity to attend, the impending lineups (*see People v Burney*, 249 AD2d 84 [1998], *lv denied* 92 NY2d 923 [1998]; *People v McRae*, 195 AD2d 180, 187-188 [1994], *lv denied* 83 NY2d 969 [1994]).

Defendant's challenge to the court's charge is unpreserved and we decline to review it in the interest of justice. Were we to review this claim, we would find that the court's charge properly instructed the jury that it should consider the evidence supporting each count separately.

We perceive no basis for reducing the sentence. Concur—Nardelli, J.P., Saxe, Sullivan and Gonzalez, JJ.